UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. – ROOM 564 DETROIT, MICHIGAN 48226

*NO RGE PAID FORM*
*NO JFP FORM*

Leroy Walton
Plaintiff-Appellant
V.
Defendant- Appelee
Roger Jones

Case Manger With New Generation
Franklin
John Doe ETRO

Case:2:17-cv-13078
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 09-19-2017 At 04:29 PM
CMP WALTON v JONES, ET AL (dat)

# Saira Tariq Niaz

Business Name: Atlanta Elderly Homecare, LLC, Visting Nurse Health System, Inc., Sunset Home Health of Georgia, Inc., and Gentiva Health Service, Inc.

Dear clerk of the Court,
Please find copies of brief documents and the copy of the undisputed facts. Please stamp all (5) copies. Keep (2) copies and return (3) copies to the U.S. Marshall to serve.

Respectfully Submitted,

Leroy Walton vs. State of Georgia Plaintiff

Leroy Walton vs. City of Atlanta Plaintiff

UNITED STATES

_X_
*Leroy Walton*

The facts that will be presented in this complaint are the result of acts and actions that transpired at ASE state employees. This is a Civil Action filed by Leroy Walton in Prosona, asking for damages and injunctive relief under 42 USC 1983, alleging corruption, harassment, humiliation, modification of records. The plaintiff, Leroy Walton, is totally indigent. No money, property due to the defendant.

The plaintiff Leroy Walton have provided 4 copies by mail, please give each one of the defendants a copy regarding them being sued. I Leroy Walton being first duty sworn, several documents are fully paid for and are placed them in the U.S. certified mail. If the defendants have any trouble receiving these documents, plaintiff Leroy Walton asked the courts to serve the defendants according to federal procedures.

September 13, 2017

Plaintiff – Leroy Walton
Defendants:
Kindred Home Care
John Doe Etro
Saira Tariq Niaz

To the clerk at the court,

Please amend all these offenders with the previous cases that were filled in the eleventh circuit.
This is dealing with the corruption in the Health Care System.  These defendants have been sued in their
Private and professional capacity for one million dollars apiece.  For the conspiracy to violate the
plaintiff Leroy Walton civil rights and constitutional rights.

These are the defendants:
1.  Kindred Home Care
2.  2. John Doe Etro
3.  David Causby (Executive Vice President and President)
4.  Brandon Ballew (Sr. Vice President and Chief Operations Officer)
5.  Dr. Ronald Crossno (Vice, Medical Affairs, and Chief Medical Officer)
6.  Donald Gaddy (Sr. Vice President, Sales)
7.  Kristen Nearhood (Sr. Vice President and chief Administrative Officer)
8.  Selece Beasley (Sr. Vice President and chief Clinical Officer)
9.  David Gieringer (Sr. Vice President and chief Financial Officer)
10. Todd Sexe (North Central Region President)
11. Paul VerHoeve (West Region President)
12. Susan Benoit (Mid-Atlantic Region President)
13. John Aurello (South Central Region and Community Care President)


To: CEO of Kindred Home Health

Benjamin A. Breier

680 South Fourth Street

Louisville, Kentucky 40202

Civil rights case brought forth by Leroy Walton against the defendants Rosaline Murphy Joy et al., Paul Howard, et.al, Rhonda Dauphin Johnson, et.al, Jane Morrison, et.al, Dennis Collier et, al, Gray Jackson, et.al, Carsmith, et. al, Nathan Deal, State of Georgia et. al for violating the civil rights and conditional rights guaranteed to him by the United States. The defendants having a  hard time understanding that they are being sued for one million dollars a piece. I ask the court to send a copy to the defendants. I've enclosed two copies and the plantiff stresses to the defendant that I am a resident of Detroit Michigan for 40 years. I came to Georgia looking for an old car transmission. The plantiff encountered the Atlanta Police and said that  my driver's license was expired, but it wasn't. They wanted my truck and my tools; which were confiscated. After being threatened by the police my heart was beating so fast and I didn't know what was wrong.

After being in the county jail, laying on the floor, sweating, I was taken to Grady Hospital I learned that I had a heart attack and stroke. I learned that my heart was beating so fast that it became enlarged and pulled away from my heart valves. As a result, I was forced to stay in GA and leave my home town for the last five years. My insurance company has paid $5 million just because I was driving from Michigan to GA looking for transmission parts. The defendants must realize how serious this is. If they don't understand I have three psychiatrist and ten neurologists to help me deal with this. If the defendant don't understand I would be glad to make them an appointment for them with my doctors to help them understand.

I, Leroy Walton, Being first duty sworn, deposes and say that I am the plantiff, in the above entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, cost; or give security therefore, I state that because of my poverty I am unabled to pay the cost of said proceeding or to give security therefore; that I believe I am entitled to redress; and that the issues which I desired to present on appeal are the following:

I am energy. I get $675 a month and my wife gets $250. This money is used for transportation to and from the doctor through Uber.

The plantiff, Leroy Walton, is totally indigent. No money, property due to the defendant.

The defendant are responsible for destroying my life and my wife's life. Plantiff asks court to remove all bogus tickets from his record

Rudolph V. Alabama, 375 US Diseenting opionion of Goldberg J. the first approach under all circumstances the punishment in questions is of such character as to shock general conscience or to be intolerable to fundamental fairness. These defendants are being sued. State officials not immune from liability for official acts when motivated by malicious intent to deprive plantiff of his constitutional rights.

Procunier V. Navasette 434 US 555, 55L ED 2d 24, 98 S ct 2018c1928, Defendants violated their own policies state law and federal law. Plaintiff brought this 1983 42 USC for constitutional violations. Monell V. Department of Social Services, 426 US 658, 56L ED 2d 611, 98,5ct 2018 (1978). Eleventh Amendment does not provide immunity. Dube V. State University of New York, 900 F 2d 587(2nd cir 1990) Plantiff is seeking injunctive relief against these defendants.

Pulliam V. Allen , 466 US 522, 80 L ED 2 d 565, 104 s ct 1970 (1984)

Wahl V McIver, 773 F 2D 1169, 1172 (11th Cir 1985)

Officers can only be held liable under respondent superior theory if they fail to train or control subordinates who cause injury. White V. Farrier 849 F 2d 322 (8th cir 1988), Eleventh Amendment does not provide immunity for state officials sued in their personal capacities. Dube v. State University of New York, 900 F 2d 587 (2nd Cir 1990), municipalities are to be held liable if they fail to properly train their employees regarding constitutional rights.

The plantiff, Leroy Walton, is totally indigent. No money, property due to the defendant.

The defendant are responsible for destroying my life and my wife's life. Plantiff asks court to remove all bogus tickets from his record.

CIVIL RIGHTS CAS BROUGHT BY LEROY WALTON AGAINST THE DEFENDANTS ROSALINE MURPHY JOY, PAUL HOWARD, RHONDA DAUPHIN JOHNSON, JANE MORRISON, DENNIS COLLIER, GARY JACKSON, NATHAN DEAL, AND THE STATE OF GEORGIA FOR VIOLATING THE CIVIL RIGHTS AND CONDITIONAL RIGHTS GUREENTEED TO HIM BY THE UNITED STATES. THE DEFENDANTS ARE NOT RESPONDING TO THIS MATTER, SINCE I HAVE ENCLOSED THEY'RE BEING SUED FOR ONE MILLION EACH. I ASK THE COURT TO SEND EACH OF THESE DEFENDANTS A COPY WITHIN THESE COPIES I HAVE ENCLOSED TWO COPIES EXPLAING THAT HE IS A RESIDENT OF DETROIT, MICHIGAN FOR OVER 40 YEARS, LEROY WALTON CAME TO GEORGIA SEARCHING FOR CAR PARTS, THE PLAINTIFF WAS THEN STOPPED BY ATLANTA POLICE DEPARTMENT. MR. WALTON EXPLAINED THAT THE POLICE STOPPED HIM DUE TO AN EXPIRED DRIVERS LICENSE, THE PLAINTIFF TRIED TO EXPLAIN HIS LICENSE WAS NOT EXPIRED; HE STATED THAT THE POLICE WANTED HIS TRUCK AND TOOLS, WHICH WAS CONFISCATED DUE TO HIS ARREST. MR. WALTON SUFFERED AN HEART ATTACK AND STROKE IN THE HOLDONG CELL JAIL OF ADP. THE PLAINTIFF THEN EXPLAINED DUE TO HIM PASSING OUT IN THE HOLDING CELL HE WAS SENT TO GRADY HOSPITAL FOR TREATMENT. THE DIAGNOSE OF MR.WALTON WAS AN ENLARGED HEART, AS AN RESULT OF THE DIAGNOSE; I WAS FORCED TO STAY IN GEORGIA FOR THE LAST 5 YEARS. THE PLAINTIFF IS DEALING WITH A NUMBER OF DOCTORS TO DEAL WITH HIS MEDICAL CONDITION.

9



(/our-services/home-care)

Call us to talk to a Registered Nurse
**1.866.KINDRED (tel:18665463733) | 1.866.546.3733 (tel:18665463733)**

Q Search

Ho**Me**nu

About (/our-services/home-care/about)          Types of Care (/our-services/home-care/types-of-care)

FAQs (/our-services/home-care/faqs)      Careers (/our-services/home-care/careers)      Contact (/contact-us)

News (/news)          Employees (/employees)          Investors (http://investors.kindredhealthcare.com/)

Home (/) » Our Services (/our-services) » Home Care (/our-services/home-care) » About (/our-services/home-care/about) » Leadership Team

# Our Leadership Team



### David Causby

### Executive Vice President and President

Since joining Gentiva in 2003, David Causby has served in various senior leadership roles including Senior Vice President of Operations and President for the Home Health Division. Starting in May 2014, David assumed the role of Gentiva's President after serving as the COO and Executive Vice President. Prior to joining Gentiva, he was the COO of Millennium Health Care Resources. David holds a nursing degree from Presbyterian College and a bachelor's degree in Health Care Administration from the University of Phoenix.



### Brandon Ballew

### Senior Vice President and Chief Operations Officer

Brandon Ballew joined Gentiva in 2001 as the Vice President of Finance and most recently served as the Senior Vice President of Financial Operations for Gentiva Healthcare. Brandon brings deep experience with financial and operational functions within the healthcare space. Prior to joining Gentiva, Brandon served as the Vice President of Finance for the Healthfield Group, a provider of home care services in the southeast. Brandon also has past experience as an analyst for Navigant Consulting, a multinational consulting firm. He holds a B.S. and an M.B.A. from Florida State University.



## Dr. Ronald Crossno

### Vice President, Medical Affairs, and Chief Medical Officer

Dr. Ronald Crossno became involved in hospice in 1993, as a part-time medical director in Temple, Texas, a program that has since evolved through several mergers and acquisitions to now become part of Kindred at Home. During that time, Dr. Crossno became more involved with various aspects of hospice and palliative care administration, becoming first a regional and later national medical director, for VistaCare, Odyssey, and Gentiva. He is board certified in Family Medicine, Geriatric Medicine, and Hospice & Palliative Medicine. Dr. Crossno was president of the American Academy of Hospice & Palliative Medicine (AAHPM) in 2011, and in 2014, AAHPM honored him with the Josefina B Magno Distinguished Hospice Physician Award.



## Donald Gaddy

### Senior Vice President, Sales

Donald Gaddy joined our sales leadership team on November 1, 2015. Prior to that he served as Senior Vice President of Sales and Market Development of Vitas Healthcare Corporation, the nation's largest provider of hospice services. Prior to his nine years of leadership with Vitas, Donald was Vice President of National Sales for Oncology Therapeutics Network. He has 29 years of sales and marketing leadership across the healthcare industry. Donald earned his Bachelor of Business Administration degree from Texas A & M University.



## Kristen Nearhood

### Senior Vice President and Chief Administrative Officer

Kristen Nearhood has over 18 years of experience in healthcare. Prior to her new role, Kristen served as the Vice President of Strategic Initiatives for Gentiva Health Services. She joined Gentiva in 1997 as a Senior Financial Analyst and since that time has served Gentiva in multiple financial capacities. Kristen went on to serve as a Director of Finance in Gentiva's consulting division, Assistant Vice President of Finance and later Vice President of Corporate Finance. Kristen holds her B.S. in Finance from Canisius College.



## Selece Beasley

### Senior Vice President and Chief Clinical Officer

Selece Beasley has served in this role on an interim basis since last summer, and we are extremely excited for her to continue with the interim designation removed from her title. With more than 30 years of experience in the healthcare industry and nearly 20 years of service with Kindred, Selece's background as an RN coupled with her extensive legal and compliance expertise make her uniquely qualified to oversee the division's clinical operations. She previously served as Kindred at Home's Divisional Vice President, Regulatory Affairs and Clinical Risk, working to support Kindred at Home through the interpretation and education of regulatory changes, with the goal of minimizing financial and patient care risks. Selece is committed to patient care and will serve as a tireless advocate for our clinicians.

## David Gieringer

### Senior Vice President and Chief Financial Officer

David has over 30 years experience with Kindred at Home and its predecessor organizations. During that time, he has held a series of finance-related roles, including Assistant Vice President – Accounting, and Vice President and Controller. He most recently served as Vice President and Chief Accounting Officer, overseeing accounting activities including the preparation and reporting of the division's financial results. David holds a bachelor's degree in accounting from Kansas State University and an MBA from Rockhurst College in Kansas City, Missouri.

 

## Todd Sexe

### North Central Region President

Since joining Gentiva in 1992, Todd Sexe has served as Branch Director, Market Manager, Area Vice President, Vice President and Regional Vice President in multiple locations across the country. Prior to entering the healthcare industry, Todd worked in finance as an investment representative and financial planner at Edward Jones & Company and ACS Financial Group, respectively. Todd holds a B.B.A. from the University of Iowa.



## Paul VerHoeve

### West Region President

Paul VerHoeve is responsible for the overall home health, hospice, inpatient units and physician house call operations and development for more than 90 locations throughout 10 states. Paul joined Gentiva in 2012 and has more than 16 years of experience in healthcare management. Paul served as the Senior Vice President and Chief Operating Officer of Haven Hospice, a non-profit hospice provider in North Florida. Paul also served as a Senior General Manager of Vitas Healthcare. He holds a B.S. in Business from the University of Phoenix.



## Susan Benoit

### Mid-Atlantic Region President

Susan Benoit has more than 13 years of operational experience and 24 years of sales management. Susan joined Gentiva in 2008 as the Regional Vice President of Sales for North and South Carolina. From 2012 through 2013, she served as Interim Vice President of Sales for the Home Health Division while still leading the sales team of the Carolinas Region. Prior to joining Gentiva, Susan was Regional Vice President for the Adecco Group and Regional Vice President for Experian. Susan holds a B.S.B.A. with a concentration in Marketing from Meredith College.



## John Aurelio

### South Central Region and Community Care President

John Aurelio has been with Gentiva for 30 years and oversees the South Central region's home health operations along with all community care operations as a stand-alone region. From 2013 to present, John served as the President for the South Central Region. John began his tenure with Gentiva as the First Division Controller and was responsible for several support departments in the Central Support Kansas facility before he became Vice President of Operations for the Western States in 1996. He holds a B.S. in Finance from St. Joseph's College.

## About

Awards (/our-services/home-care/about/awards)
 - CMS Quality of Care Ratings (/our-services/home-care/about/awards/cms-quality-of-care-ratings)
 - CMS Patient Satisfaction Ratings (/our-services/home-care/about/awards/cms-patient-satisfaction-ratings)
 - HomeCare Elite Awards (/our-services/home-care/about/awards/homecare-elite-awards)

Leadership Team (/our-services/home-care/about/leadership-team)

Affiliates (/our-services/home-care/about/affiliates)
 - Asian American Home Health (/our-services/home-care/about/affiliates/asian-american-home-health)

Untitled
Saira Tariq Niaz
5900 Hillandale Dr
suite #215
Lithonia, GA 30058


CEO  of Kindred Home
Health
Benjamin A. Breier

680 South Fourth Street
Louisville, KY 40202
502.596.7300
1.800.545.0749
Healthcare Questions:
1.866.KINDRED
Page 1

Statement undisputed facts plaintiff Leroy Walton, further destroying my life, after having 8 heart attacks and 2 strokes, my last home care provider from New Generation Stephanie the nurse / home care was in charge of cleaning, buying food, and take to get medicine She was doing well for 5 days, until one day I was laying down on the sofa and kept hearing the storm door slam, I then got up too see Stephanie loading my wife belongings into her vehicle when I asked her why was she taken my wife belongings, she became very upset. I was trying to make it upstairs to see all that she took when I fell down hurting myself. The next day Stephanie came back around 9 o'clock to find me sick due to the fact that she did not take me to pick up my medicine yesterday. I asked once again for her to take me to pick up my medicine and to get me something to eat since I have not eaten in several days, she then told me that Jones & Franklin have told her to charge me $0.55 cent per mile every time I would need to go somewhere; I than told her I did not have any money to give, she became upset again and told me if I did not have any money I better get some. She then said if I told anyone what happen; including what happened to my wife belongings she would call the police and tell them that I have beaten her. She went on the call the police anyway; when they arrived she was explain to the police that I have hit her, the police saw I was in no condition to abuse anyone and told Stephanie they could not do anything about her claims. I then called the New Generation care facility to ask why wasn't a background check on this young lady was not done, due to the fact she took my wife belongings, they did express they did do a background check, but the information is confidential.

Plaintiff Leroy Walton asked the court to have the defendant to show a background check, and have informed New Generation that's they we're responsible for my wife belongings, and my pain and suffering.

I hereby certify that I have this day served a copy of the within and foregoing" RULE 5.2 CERTIFICATE OF SERVICE" upon all parties to this matter by depositing a true copy of same in the U.S. Mail, with proper postage prepaid, addressed to counsel of record as follows:

Georgia Attorney General Office

40 Capital Square S.W.

Atlanta, GA 30334

S/John Demoulpied 812259

Assistant Attorney General

Rob Mikell was appointed as Commissioner for the Georgia Department of Driver Services (DDS) by Gov Nathan Deal in October of 2012.

GA Dept of Driver Services

# Leroy Walton
## Plaintiff-Appellant
## V.
## Defendant- Appelee
## Roger Jones

## Case Manger With New Generation
## Franklin
## John Doe ETRO


# Business Name: Atlanta Elderly Homecare, LLC, Visting Nurse Health System, Inc., Sunset Home Health of Georgia, Inc., and Gentiva Health Service, Inc.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

LEROY WALTON
6308 SUNFLOWER PLACE, LITHONIA, GA 30038

**(b)** County of Residence of First Listed Plaintiff  OUT OF STATE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

ROGER JONES, ET AL

Case:2:17-cv-13078
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 09-19-2017 At 04:29 PM
CMP WALTON v JONES, ET AL (dat)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | **LABOR** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) |
| | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | OTHER STATUTES (cont.) |
|---|---|---|---|---|
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **FEDERAL TAX SUITS** | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 891 Agricultural Acts |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 893 Environmental Matters |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | | [ ] 895 Freedom of Information Act |
| | | [ ] 550 Civil Rights | | [ ] 896 Arbitration |
| | | [ ] 555 Prison Condition | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | [ ] 950 Constitutionality of State Statutes |

**IMMIGRATION**
[ ] 462 Naturalization Application
[ ] 465 Other Immigration Actions

Note: Under "OTHER STATUTES" the box at 890 Other Statutory Actions is marked with an "X".

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
September 19, 2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?    ☐ Yes
                                                                                 ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other    ☐ Yes
court, including state court? (Companion cases are matters in which  ■ No
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

☐ Two (2) completed **Civil Cover Sheets.** *NO COVER SHEETS BY PLA*

☐ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_17_ + 2 = _19_ Complaints.
# of Defendants    Total

*ONLY 1 COMPLAINT NO EXTRA COPIES*

Case:2:17-cv-13078
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 09-19-2017 At 04:29 PM
CMP WALTON v JONES, ET AL (dat)

Received by Clerk: _____ Addresses are complete: _NO ADDRESSES_

☐ If any of your defendants are **government agencies:**
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court** *NO FEE*<br><br>Received by Clerk: _____ Receipt #:_____ | ☐ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br>*NO IFP*<br><br>Received by Clerk: _____ |

## Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>*NO Summons*<br><br>Received by Clerk: _____ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. *NONE*<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form. *NONE*<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

| **Clerk's Office Use Only** |
|---|

Note any deficiencies here:

*NO COVERSHEETS, NO EXTRA COPIES OF COMPLAINT, NO ADDRESSES, NO NO SERVICE DOCUMENTS    No IFP, FEE*

Rev. 4/13



Mr. Leroy Walton
6308 Sunflower Place
Lithonia, GA 30038

U.S. MARSHAL

U.S. POSTAGE
PAID
LITHONIA, GA
30058
SEP 15, 17
AMOUNT
$1.40
R2304N117819-15

9-15-17

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. - ROOM 564 DETROIT, MICHIGAN 48226

How long will it take for these District Judges to follow the law of the
United States Constitution?